UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALDO BROWN | No. 14 CR 674<br><br>Judge Virginia Kendall |

**MOTION FOR ENTRY OF UNOPPOSED
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, moves for the entry of an unopposed protective order, and in support thereof states as follows:

1. The indictment in this case charges defendant with the deprivation of rights under law, in violation of Title 18, United States Code, Section 242 (Count 1), and falsifying records in contemplation of a federal investigation, in violation of Title 18, United States Code, Section 1519 (Counts 2 and 3).

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3. The government has discussed the proposed protective order with counsel for defendant, who does not oppose the entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

                            Respectfully submitted,

                            ZACHARY T. FARDON
                            United States Attorney

By:   /s/ *Nancy DePodesta*
        NANCY DEPODESTA
        Assistant U.S. Attorney
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604
        (312) 353-4224

Dated: November 24, 2014