UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 14 CR 674 |
|---|---|
| v. | Judge Virginia M. Kendall |
| ALDO BROWN | |

**UNOPPOSED MOTION FOR ENTRY OF
ORDER EXTENDING DEFENDANT'S LEAVE OF
ABSENCE AT THE CHICAGO POLICE DEPARTMENT**

## I. Background

On November 18, 2014, the grand jury returned a three-count indictment against defendant Aldo Brown – a Chicago Police Department officer. (Doc. #1.) The charges relate to the defendant's unlawful seizure and use of unreasonable force, with respect to Victim A, on September 27, 2012, and the accuracy of the defendant's own police reports documenting the incident with Victim A, in violation of Title 18, United States Code, Sections 242 and 1519. (Doc. #1.) The case has been scheduled for trial on October 19, 2015. (Doc. #41.)

Defendant has been on pre-trial release since his arraignment on November 25, 2014. (Doc. #9-10.) Defendant's conditions of release include that defendant "(k) not possess a firearm, destructive device or other weapon" ("the condition"). Defendant first filed a motion to strike this condition on December 1, 2014 (Doc. # 15.) In support, defendant's motion provided that, as a result of the condition, CPD placed defendant on no-pay status pursuant to CPD's conditions of officer

employment, which require that its officers possess a valid FOID card and carry a firearm. (Doc. #15.)

This Court denied defendant's first motion to strike the condition finding that "[d]ue to the nature of the offense that is depicted in the videotape [of the incident described in the indictment], the Court does not find that permitting the Defendant to possess a weapon would be appropriate. The evidence presented depicts a level of force and disregard for the safety of others that the restriction is an appropriate restriction to maintain while Defendant is awaiting trial." (Doc. #20.)

On June 22, 2015, defendant filed a second motion to strike the condition on the basis that defendant had exhausted his leave of absence at CPD and was going to be terminated due to his inability to carry a firearm. (Doc. #43 at ¶11-12.) In the alternative, defendant sought to modify the condition to allow defendant to possess a firearm "while he works on-duty." (Id. at 5.)

On June 29, 2015 the Court asked the government to confer with CPD regarding the status of defendant's employment and the impact of the condition.

## II.   Information from CPD and Request for a Court Order

On July 1, 2015, the government spoke with Commander Donald O'Neil from CPD. According to Commander O'Neal, CPD allows officers to take a total of 6 months of leave of absence, which defendant had exhausted as of June 3, 2015. Commander O'Neal indicated that he could make an exception for defendant if he received an order from this Court that defendant be placed on "continued leave of absence," which he indicated CPD would not challenge. Specifically, Commander

2

O'Neal indicated that with an order from this Court he could extend defendant's leave of absence until the conclusion of defendant's trial in October 2015.

The government conferred with defense counsel and defense counsel indicated that he has no objection to the proposed order.

Commander O'Neal also explained that he cannot guarantee that defendant will not have to carry a gun as part of his employment should the condition be stricken or modified as requested in defendant's motion.

WHEREFORE, the government respectfully moves this Court to enter the proposed order and deny defendant's second motion to strike or modify the condition (Doc. #43).

>Respectfully submitted,
>
>ZACHARY T. FARDON
>United States Attorney
>
>By: */s/ Jessica Romero*
>JESSICA ROMERO
>Assistant U.S. Attorney
>219 South Dearborn St., 5th Floor
>Chicago, Illinois 60604
>(312) 353-4137

Dated: July 7, 2015

# CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**UNOPPOSED MOTION FOR ENTRY OF
ORDER EXTENDING DEFENDANT'S LEAVE OF
ABSENCE AT THE CHICAGO POLICE DEPARTMENT**

was served pursuant to the district court's ECF system as to ECF filers on JULY 7, 2015.

                                           */s/Jessica Romero*
                                           JESSICA ROMERO
                                           Assistant United States Attorney
                                           219 S. Dearborn Street, 5th Floor
                                           Chicago, Illinois 60604
                                           (312) 353-4137