UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 14 CR 674 |
| v. | ) |
| | ) Honorable Virginia M. Kendall |
| ALDO BROWN | ) |

## PARTIES' AGREED STATEMENT OF THE CASE

The United States of America, by its attorney, Zachary T. Fardon, United States Attorney for the Northern District of Illinois, respectfully submits to the Court the parties' agreed Statement of the Case to be read to the venire during jury selection:

The defendant Aldo Brown is charged by indictment with one count of excessive force and two counts of making a false entry in a police report.

The defendant has pleaded not guilty to the charges.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By:   /s/ Jessica Romero
JESSICA ROMERO
Assistant U.S. Attorneys
219 South Dearborn, Fifth Floor
Chicago, Illinois 60604
(312) 353-5300