FILED
OCT 23 2015
JUDGE VIRGINIA M. KENDALL
U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
Virginia M. Kendall

10-23-15

USA v. Aldo Brown
10-23-15 11:38 am
Response to Jury note

Jurors —

With respect to your question regarding intent in Ct. 1:

When the instruction reads "3. The defendant intended to deprive Jacque Howard of these rights"

It means that the defendant knew what he was doing was a violation of a Constitutional right. The defendant need not know the exact law or right he was violating.

With respect to your question regarding intent in Ct. 3:

You have already been instructed on intent as it applies to Ct. 3.

Virginia M. Kendall