UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALDO BROWN | No. 14 CR 674<br><br>Judge Virginia M. Kendall |

## GOVERNMENT EXHIBIT 3

## TACTICAL RESPONSE REPORT

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: /s/ Jessica Romero
JESSICA ROMERO
Assistant U.S. Attorney
219 South Dearborn St., 5th Floor
Chicago, Illinois 60604
(312) 353-4137

Dated: July 26, 2015

# TACTICAL RESPONSE REPORT / Chicago Police Department

## Member Involved

| 1. DATE OF INCIDENT | TIME | 2. ADDRESS OF OCCURRENCE | 3. LOCATION CODE | 4. BEAT/OCCUR |
|---|---|---|---|---|
| 27-SEP-2012 | 13:14:00 | 2800 E 76TH ST CHICAGO, IL 60649 | 261 | 0421 |

| 5. POSITION | 6. LAST NAME | 7. FIRST NAME | 8. STAR NO. | 9. SEX | 10. RACE CODE | 11. AGE | 12. HT. | 13. WT. |
|---|---|---|---|---|---|---|---|---|
| 9161 | BROWN | ALDO D | 13838 | ☒ 01 M ☐ 02 F | BLK | | 603 | 265 |

| 14. DATE OF APPT. | 15. EMPLOYEE NO. | 16. UNIT & BEAT OF ASSIGNMENT | 17. DUTY STATUS | 18. MEMBER INJURED? | 19. MEMBER IN UNIFORM? |
|---|---|---|---|---|---|
| 02-DEC-2002 | 90905 | 004 0463B | ☒ 01 On ☐ 02 Off | ☐ 01 Yes ☒ 02 No | ☐ 01 Yes ☒ 02 No |

## Subject Information

| 20. LAST NAME | 21. FIRST NAME | 22. M.I. | 23. SEX | 24. RACE | 25. D.O.B. | 26. HT. | 27. WT. |
|---|---|---|---|---|---|---|---|
| HOWARD | JECQUE | | ☒ 01 M ☐ 02 F | BLK | | 511 | 183 |

| 28. ADDRESS | 29. TELEPHONE NO. | 30. WAS SUBJECT ARMED? FIREARM - REVOLVER | 31. SUBJECT INJURED? | 32. SUBJECT ALLEGED INJURY? |
|---|---|---|---|---|
| | | ☒ 01 Yes ☐ 02 No | ☐ 01 Yes ☒ 02 No | ☐ 01 Yes ☒ 02 No |

| 33. WHERE WAS MEDICAL TREATMENT OBTAINED? | 34. BY WHOM? | 35. CONDITION |
|---|---|---|
| | | ☐ 01 Apparently Normal ☒ 02 Under Influence ☐ 03 Hospitalized ☐ 04 Not Hospitalized ☐ 05 Refused Medical Aid |

| 36. CHARGES PLACED | 37. CB NO. | IR NO. |
|---|---|---|
| 720 ILCS 550.0/4-B, 430 ILCS 65.0/2-A-1, 720 ILCS 5.0/24-1-A-9 | 18504078 | |

## 38. Reason for Use of Force (Check all that apply)

### Subject's Actions

| PASSIVE RESISTER | ACTIVE RESISTER | ASSAILANT: ASSAULT | ASSAILANT: BATTERY | ASSAILANT: DEADLY FORCE |
|---|---|---|---|---|
| DID NOT FOLLOW VERBAL DIRECTION ☒ | FLED ☒ | IMMINENT THREAT OF BATTERY ☐ | ATTACK WITH WEAPON ☐ | USES FORCE LIKELY TO CAUSE DEATH OR GREAT BODILY HARM ☐ |
| STIFFENED (DEAD WEIGHT) ☐ | PULLED AWAY ☒ | OTHER _____ | ATTACK WITHOUT WEAPON ☐ | WEAPON ☐ |
| OTHER _____ | OTHER _____ | | OTHER _____ | OTHER _____ |

### Member's Response

| | | | | |
|---|---|---|---|---|
| MEMBER PRESENCE ☒ | OPEN HAND STRIKE ☒ | ELBOW STRIKE ☐ | KNEE STRIKE ☐ | FIREARM ☐ |
| VERBAL COMMANDS ☒ | TAKE DOWN / EMERGENCY HANDCUFFING ☒ | CLOSED HAND STRIKE/PUNCH ☐ | KICKS ☐ | OTHER _____ |
| ESCORT HOLDS ☐ | OC CHEMICAL WEAPON ☐ | | | |
| WRISTLOCK ☐ | CANINE ☐ | IMPACT WEAPON (Describe in Box 40) ☐ | IMPACT MUNITION (Describe in Box 40) ☐ | |
| ARMBAR ☐ | TASER (Probe Discharge) ☐ | | | |
| PRESSURE SENSITIVE AREAS ☐ | TASER (Contact Stun) ☐ | | | |
| CONTROL INSTRUMENT ☐ | TASER (Laser Targeted) ☐ | | | |
| OC/CHEMICAL WEAPON W/AUTHORIZATION ☐ | TASER (Spark Displayed) ☐ | OTHER _____ | | |
| OTHER _____ | OTHER _____ | | | |

## 39. Weapon Discharge Incident

| 39. OC/CHEMICAL WEAPON AUTHORIZED BY (NAME) | 40. ADDITIONAL INFORMATION |
|---|---|
| ☒ DNA | |
| POSITION | STAR NO. | UNIT | |

| 41. WEAPON TYPE | 42. INCIDENT OCCURRED | 43. LIGHTING CONDITIONS | 44. WEATHER CONDITIONS |
|---|---|---|---|
| ☐ 01 REVOLVER ☐ 04 SEMI-AUTO PISTOL ☐ 05 CHEMICAL WEAPON ☐ 02 RIFLE ☐ 06 TASER (Probe Discharge) ☐ 03 SHOTGUN ☐ 07 OTHER | ☒ Indoors ☐ Outdoors | ☐ 01 Daylight ☐ 02 Night ☐ 03 Dawn ☐ 04 Dusk ☐ 05 Poor Artificial ☒ 06 Good Artificial | CLEAR |

| 45. MAKE/MANUFACTURER | 46. MODEL | 47. BARREL LENGTH | 48. CALIBER/GAUGE |
|---|---|---|---|
| | | | |

| 49. TASER DART ID NO. | 50. WEAPON SERIAL No. (Include Letters) | 51. CHICAGO GUN REG. NO. | 52. IL FIREARM OWNER ID. NO. | 53. HANDGUN CERTIFICATE NO. |
|---|---|---|---|---|
| | | | | |

| 54. SPECIAL WEAPON CERTIFICATE NO. | 55. PROPERTY INVENTORY NO. | 56. TYPE OF AMMUNITION USED | 57. NO. OF WEAPONS DISCHARGED BY THIS MEMBER | 58. TOTAL NO. OF SHOTS MEMBER FIRED |
|---|---|---|---|---|
| | | | | |

| 59. WHO FIRED FIRST SHOT | 60. WAS FIREARM RELOADED DURING INCIDENT | 61. NO. OF CARTRIDGES/ SHOT SHELLS RELOADED | 62. HOW WAS MEMBER'S HANDGUN WORN |
|---|---|---|---|
| ☐ 01 MEMBER ☐ 02 OFFENDER ☐ 03 OTHER (SPECIFY) | ☐ 01 YES ☐ 02 NO | | ☐ 01 RT. SIDE (WAIST) ☐ 02 LT. SIDE (WAIST) ☐ 03 OTHER (Specify) |

| 63. HOW WAS MEMBER'S HANDGUN DRAWN | 64. SPECIFY METHOD/EQUIPMENT USED TO RELOAD | 65. DID MEMBER USE SIGHTS |
|---|---|---|
| ☐ 01 STRONG SIDE DRAW ☐ 02 CROSS DRAW ☐ 03 OTHER (Specify) | | ☐ 01 YES ☐ 02 NO |

| 66. DESCRIBE PROTECTIVE COVER USED (LIGHT POLES, DOORWAYS, CAR, FURNITURE, ETC) | 67. DISTANCE BETWEEN INVOLVED MEMBER & OFFENDER WHEN FIRST SHOT WAS FIRED |
|---|---|
| | ☐ 01 0-05 FT. ☐ 02 05-10 FT. ☐ 03 10-15 FT. ☐ 04 OVER 15 FT. |

| 68. PERSON/OBJECT STRUCK AS RESULT OF THE DISCHARGE OF MEMBERS WEAPON | 69. POSITION OF MEMBER DISCHARGING WEAPON |
|---|---|
| ☐ 01 PERSON ☐ 02 OBJECT ☐ 03 BOTH ☐ 04 UNKNOWN | ☐ 01 STANDING ☐ 02 LYING DOWN ☐ 03 SITTING ☐ 04 KNEELING ☐ 05 OTHER (SPECIFY) |

70. EVENT NO. 1227108076
71. R.D. NO. HV494025

## 72. Case Info.

| NOTIFICATIONS (OC OR TASER INCIDENT): | ☐ OEMC | ☒ DESK SGT. & W.C./DIST. OF OCCUR. | | |
|---|---|---|---|---|
| NOTIFICATIONS (FIREARM INCIDENT): | ☐ OEMC | ☐ DESK SGT. & W.C./DIST. OF OCCUR. | ☐ OP COMMAND | ☐ DET. DIV. |

Members will ensure that all required notifications and all witnesses to this use of force are documented in the appropriate case report.

## Signatures

| 73. REPORTING MEMBER (Print Name) | STAR/EMPLOYEE NO. | SIGNATURE |
|---|---|---|
| BROWN, ALDO D 27-SEP-2012 17:20:30 | 13838 90905 | PC0W630 |

Reviewing supervisor will ensure the legibility and completeness of this report and attest by entering the required information below.

| 74. REVIEWING SUPERVISOR (Print Name) | STAR NO. | SIGNATURE | DATE REVIEWED | TIME |
|---|---|---|---|---|
| BEN, SENORA | 2225 | PC0U677 | 27-SEP-2012 17:41:55 | |

CPD-11.377 (REV. 10/07)

**GOVERNMENT EXHIBIT 6**

IPRA_003-000145

## WATCH COMMANDER/OCIC REVIEW

THE WATCH COMMANDER WILL COMPLETE THE REVIEW SECTION FOR 1.) ALL INCIDENTS THAT DID NOT INVOLVE THE DISCHARGE OF A FIREARM; 2.) FIREARM DISCHARGE INCIDENTS INVOLVING THE DESTRUCTION OF AN ANIMAL OR; 3.) ACCIDENTAL DISCHARGE OF A FIREARM NOT RESULTING IN AN INJURY TO ANY PERSON.

THE ADS WILL COMPLETE THE REVIEW SECTION FOR ALL INCIDENTS INVOLVING; 1.) THE DISCHARGE OF A FIREARM OR IMPACT MUNITIONS BY OR AT A DEPARTMENT MEMBER EXCEPT FOR AN ANIMAL DESTRUCTION OR AN ACCIDENTAL DISCHARGE THAT DOES NOT RESULT IN AN INJURY TO ANY PERSON; 2.) MEMBER'S USE OF FORCE BY WHATEVER MEANS THAT RESULTS IN THE DEATH OF A PERSON; 3.) ANY LESSER USE OF FORCE BY A DEPARTMENT MEMBER WHEN THAT USE OF FORCE STEMS FROM THE SAME INCIDENT DESCRIBED HERE IN 1 OR 2.

**75. SUBJECT'S STATEMENT REGARDING THE USE OF FORCE** ☐ DNA  ☐ REFUSED  ☒ UNABLE TO INTERVIEW (Specify Reason)

unable to interview

**76. WATCH COMMANDER/OCIC RATIONALE FOR BOX 77 FINDING**

compliance with department procedures and directives

**77. WATCH COMMANDER/OCIC FINDING BASED UPON CURRENTLY AVAILABLE INFORMATION:**

☒ I HAVE CONCLUDED THAT THE MEMBER'S ACTIONS WERE IN COMPLIANCE WITH DEPARTMENT PROCEDURES AND DIRECTIVES.

☐ I HAVE CONCLUDED THAT FURTHER INVESTIGATION IS REQUIRED.

LOG NO./CRNO._____ OBTAINED

| 78. WATCH COMMANDER/OCIC (Print Name) | SIGNATURE | DATE COMPLETED | TIME |
|---|---|---|---|
| MILMINE, KEITH A | PC0Q710 | 02-OCT-2012 | 10:28:54 |

**79. DISTRIBUTION OF ORIGINAL TRR:**

A TRR PACKET, INCLUDING THE TRR AND COPIES OF THE BELOW LISTED ATTACHMENTS WILL BE FORWARDED TO THE OFFICE OF PROFESSIONAL STANDARDS.

| ATTACHMENTS - PHOTOCOPIES OF: | | | 80. TOTAL TRR's THIS EVENT No. |
|---|---|---|---|
| ☐ CASE REPORT | ☐ SUPPLEMENTARY REPORT | ☐ I.O.D. REPORT | 2 |
| ☐ ARREST REPORT | ☐ OFFICER BATTERY REPORT | ☐ CR INITIATION REPORT | |
| | ☐ TO-FROM-SUBJECT REPORTS FROM DEPARTMENT WITNESS(ES) | | |