

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 14 CR 674 |
| v. | ) | |
| | ) | Honorable Virginia M. Kendall |
| ALDO BROWN, | ) | |
| Defendant. | ) | |

**GOVERNMENT EXHIBIT 5**

**ARREST REPORT**



Respectfully submitted.

ZACHARY T. FARDON
United States Attorney

By: /s/ Jessica Romero
JESSICA ROMERO
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4137

Dated: July 26, 2015

**CHICAGO POLICE DEPARTMENT**
**ARREST REPORT**
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.420C(REV. 6/30)

**FINAL APPROVAL**

CB #: 18504078
IR #: 1480564
YD #:
RD #: HV494025
EVENT #: 1227108076

## ARREST REPORTING

**OFFENDER**

Name: HOWARD, Jecque
Res:
    Unk
DOB:
AGE: 29 years
POB: Illinois
ARMED WITH Handgun

Beat: 421

Male
Black
5' 11"
183 lbs
Brown Eyes
Black Hair
Short Hair Style
Light Brown Complexion



**INCIDENT**

Arrest Date: 27 September 2012 13:14
Location: 2800 E 76th St
    Chicago, IL 60649
    261 - Small Retail Store
Holding Facility: District 004 Lockup
Resisted Arrest? Yes

TRR Completed? Yes
Beat: 421

Total No Arrested: 2

Dependent Children? No

Co-Arrests
18504078

DCFS Ward? No

Assoc Cases

**CHARGES**

1  Offense As Cited  720 ILCS 5.0/24-1-A-9
    UUW - WEAPON - POSSESS/CARRY /CONCEAL WEAPON
    Class 4 - Type F

2  Offense As Cited  430 ILCS 65.0/2-A-1
    FIREARM W/O VALID FOID/ELIG
    Class A - Type M

3  Offense As Cited  720 ILCS 550.0/4-B
    CANNABIS - POSSESS 2.5-10 GRMS
    Class B - Type M

Victim

State Of Illinois, P.O. A. Brown #13838

State Of Illinois, P.O. A. Brown #13838

**RECOVERED NARCOTICS**

| Type | Approx. Weight/Quantity | Units | Estimated Street Value |
|---|---|---|---|
| Suspect Cannabis | 7 | GRAMS | $42.00 |

Print Generated By: MOORE, Timothy ( PC0H056 )     Page 1 of 5     06 MAR 2014 09:31



GOVERNMENT EXHIBIT 5

CPD_003_000001

Case: 1:14-cr-00674 Document #: 138 Filed: 07/27/16 Page 3 of 6 PageID #:1519

**Chicago Police Department - ARREST Report**

CB #: 18504078
HOWARD, Jecque

## ARREST REPORTING

**WARRANT**

NO WARRANT IDENTIFIED

**VICTIM AND COMPLAINANT** (NON-OFFENDER(S))

Name: STATE OF ILLINOIS, P.O. A. Brown #13838

DOB:
Age:
Comments:

Injured? No    Deceased? No
Hospitalized? No
Treated and Released? No

**ARRESTEE VEHICLE**

NO ARRESTEE VEHICLE INFORMATION ENTERED

**PROPERTIES**

Confiscated Properties :
All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR    HOWARD, Jecque,    NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.



**Chicago Police Department - ARREST Report**

CB #: 18504078
HOWARD, Jecque

### ARREST REPORTING

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)

EVENT# 08076 THIS IS AN ARREST MADE BY TACTICAL UNIT 463B WHILE CONDUCTING A NARCOTIC INVESTIGATION AT THE ABOVE ADDRESS LISTED WITHIN THE 004TH DISTRICT VIOLENCE ZONE. A/O'S RECEIVED INFORMATION FROM A CONCERNED CITIZEN THAT THE ABOVE SUBJECT WAS SELLING NARCOTICS INSIDE THE STORE LOCATED AT 2800 E. 76TH ST. A/O'S RELOCATED TO THE ABOVE ADDRESS LISTED AND OBSERVED THE ABOVE SUBJECT FITTING THE DESCRIPTION GIVEN BY THE CONCERNED CITIZEN. P.O. BROWN APPROACHED THE ABOVE SUBJECT TO CONDUCT A FIELD INTERVIEW AT WHICH TIME THE ABOVE SUBJECT STATED TO P.O. BROWN, "I GOT SOME WEED ON ME" AND REACHED TOWARD HIS REAR PANTS POCKET AT WHICH TIME P.O. BROWN OBSERVED A HANDGUN INSIDE THE ABOVE SUBJECT REAR PANTS POCKET. P.O. BROWN CONDUCTED A EMERGENCY TAKE DOWN FOR OFFICER SAFETY AND RECOVERED THE GUN FROM THE ABOVE SUBJECT REAR PANTS POCKET. THE ABOVE SUBJECT WAS TRYING TO PULL AWAY FROM P.O. BROWN AT WHICH TIME P.O. BROWN DELIVERED A OPEN HAND STUN TO GAIN CONTROL OF THE ABOVE SUBJECT. THE ABOVE SUBJECT WAS PLACED INTO CUSTODY AT WHICH TIME P.O. BROWN CONDUCTED A CUSTODIAL SEARCHED AND RECOVERED 1 PLASTIC BAG CONTAINING 7 PLASTIC BAGGIES CONTAINING A CRUSHED GREEN LEAFY SUBSTANCE SUSPECT CANNABIS FROM THE ABOVE SUBJECT REAR PANTS POCKET. THE ABOVE SUBJECT WAS TRANSPORTED TO THE 004TH DISTRICT FOR FURTHER PROCESSING. THE ABOVE SUBJECT STATED,"I WAS CARRYING THIS GUN FOR MY PROTECTION"

INVENTORY# 12726997 (CANNABIS) 12727008 (HANDGUN)
MAKE: H & R INC. SERIAL# AP3657
MODEL# 930 CAL: 22CAL
BARRELL LENGTH: 2IN FINISH: NICKEL PLATED
LOADED WITH 5 LIVE ROUNDS

NOTIFIED: GUN DESK PTTIMAN #312 CLEAR NOT REGISTERED

STORE INFO: OMAR & SALMA 2800 E. 76TH ST LIC# 2113667 EXP: 15 SEP 13 PRESIDENT: MAHMOUD FARQUK TAWIL

**COURT INFO**
Desired Court Date: 04 October 2012
Branch: 38-2  727 E 111TH ST - Room
Court Sgt Handle? No
Initial Court Date: 28 September 2012
Branch: CBC-1  2600 S CALIFORNIA - Room100
Docket #:

**BOND INFO**
BOND INFORMATION NOT AVAILABLE

**ATTESTING OFFICER:**
I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

Attesting Officer: #13838  BROWN, A D (PC0W630)  27 SEP 2012 17:33

**ARRESTING OFFICER(S):**

| | | | | Beat |
|---|---|---|---|---|
| 1st Arresting Officer: | #13838 | BROWN, A D (PC0W630) | | 0463B |
| 2nd Arresting Officer: | #11034 | STACKER, G (PC0V628) | | 0463B |

**APPROVING SUPERVISOR:**
Approval of Probable Cause : #1779  RECKARD, J C (PC0S246)  27 SEP 2012 17:35

**Chicago Police Department - ARREST Report**

CB #: 18504078
HOWARD, Jecque

### ARREST PROCESSING REPORT

| | |
|---|---|
| Holding Facility: District 004 Lockup | Time Last Fed: |
| Received in Lockup: 27 September 2012 17:46 | Time Called: Phone#: |
| Prints Taken: 27 September 2012 17:52 | Cell #: A3 |
| Palmprints Taken: Yes | |
| Photograph Taken: 27 September 2012 17:51 | Transport Details : 1PO  0463B  27-SEP-2012 13:45 |
| Released from Lockup: 28 September 2012 09:43 | |

**VISUAL CHECK OF ARRESTEE**

| | | | |
|---|---|---|---|
| Is there obvious pain or injury? | No | Presently taking medication? | No |
| Is there obvious signs of infection? | No | (if female) are you pregnant? | No |
| Under the Influence of alcohol/drugs? | No | First time ever been arrested? | No |
| Signs of alcohol/drug withdrawal? | No | Attempted suicide/serious harm? | No |
| Appears to be despondent? | No | Serious medical or mental problems? | No |
| Appears to be irrational? | No | Are you receiving treatment? | No |
| Carrying medication? | No | Transgender/intersex/gender non-conforming? | No |

**ARRESTEE QUESTIONNARIE**

**RETURN TO HOLDING FACILITY COMMENTS:**

**QUESTIONNAIRE REMARKS:**

**LOCKUP KEEPER COMMENTS:**

**EMERGENCY CONTACT**

Name : REFUSED

Res: Beat:

**INTERVIEW LOG**

NO INTERVIEWS LOGGED

**VISITOR LOG**

NO VISITORS LOGGED

Print Generated By: MOORE, Timothy ( PC0H056 )  Page 4 of 5  06 MAR 2014 09:31


powered by CLEAR Technology

CPD 003-000004

**Chicago Police Department - ARREST Report**

CB #: 18504078
HOWARD, Jecque

### ARREST PROCESSING REPORT

**MOVEMENT LOG**

MOVEMENT LOG INFORMATION NOT AVAILABLE

**W.C. COMMENTS**

Watch Commander Comments:

REL w/o CHARGING: DOES NOT APPLY TO THIS ARREST

**ARRESTEE PROCESSING PERSONNEL:**

Beat

| | | |
|---|---|---|
| Searched By: | #11566 | HILL, K A (PC0E888) |
| Lockup Keeper: | | WALKER, C O (PC0C819) |
| Fingerprinted By: | | HARDING, T R (PC0AF79) |

**APPROVAL PERSONNEL:**

Beat

Final Approval of Charges: #1779 RECKARD, J C(PC0S246) 27 SEP 2012 19:00

Print Generated By: MOORE, Timothy (PC0H056)  Page 5 of 5  06 MAR 2014 09:31


powered by: CLEAR Technology

CPD 003-000005